No. 290. POLK COMPANY *v.* MAYO, COMMISSIONER OF AGRICULTURE. Jurisdictional statement distributed September

508

10, 1936. Decided October 12, 1936. *Per Curiam:* The motion for leave to amend the statement as to jurisdiction is granted. The appeal is dismissed for the want of a substantial federal question. *Gundling* v. *Chicago,* 177 U. S. 183, 188; *Payne* v. *Kansas,* 248 U. S. 112; *Arnold* v. *Hanna,* 276 U. S. 591; cf. *Sligh* v. *Kirkwood,* 237 U. S. 52, 61, 62. *Mr. George C. Bedell* for appellant. *Mr. Cary D. Landis,* Attorney General of Florida, for appellee.